THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* BENJA-MIN MARSHALL, Petitioner-Appellant.

(No. 58618; )

First District (2nd Division)—February 26, 1974.

PER CURIAM.
DOWNING, J., took no part.

James J. Doherty, Public Defender, of Chicago (Daniel Miranda, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and John M. Cutrone, Assistant State's Attorneys, of counsel), for the People.